# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**KATHERINE CALCOTE**                                                               **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 1:14cv102-SA-DAS**

**CARLOCK NISSAN OF TUPELO, INC.**                            **DEFENDANT**

## AGREED ORDER OF
## DISMISSAL WITH PREJUDICE

The Court being advised by counsel for the parties that the above-styled and numbered cause has been settled by compromise agreement and that all aspects of the terms of the settlement have been performed and this matter is therefore in a posture to be dismissed with prejudice, it is

ORDERED, that the above-styled and numbered cause be and the same is hereby dismissed with prejudice with each of the parties to bear their own costs and expenses of litigation.

SO ORDERED, this the 20th day of January, 2015.

                                                     **/s/ Sharion Aycock**
                                                     **U.S. DISTRICT JUDGE**